Margaret Brecht and John M. Ruegenberg, who sur-
vived Margaret Brecht, John M. Ruegenberg and Fred-
erick Brecht, Executors of the last Will and Testament
of August F. Brecht, deceased, who was Assignee of
Philip L. Schaefer, Jr., who was Assignee of Alfred E.
Lowrey, Appellants, v. John McParland and Ellen M.
McParland.

*Appeals—Opening judgment—Practice, Supreme Court.*

Where a judgment is opened and a trial upon the merits results in a
verdict and judgment for defendant, and plaintiff takes an appeal from
the order opening the judgment and also from the judgment on the ver-
dict, the Supreme Court in affirming the judgment upon the verdict will
also affirm the order opening the judgment.

Argued March 24, 1898.    Appeal, No. 490, Jan. T., 1897, by
plaintiff, from order of C. P. No. 2, Phila. Co., Dec. T., 1896,
No. 1291, making absolute a rule to open judgment.    Before
STERRETT, C. J., GREEN, WILLIAMS, DEAN and FELL, JJ.
Affirmed.

Rule to open judgment.
The facts appear by the opinion of the Supreme Court, and
by Brecht v. McParland, ante, p. 620.

*Error assigned* was the order of the court.

*T. A. Fenstermaker,* with him *Frederick L. Breitinger,* for
appellants.—The petition to open the judgment was in effect a
bill in equity.    The decree of opening could be made only upon
evidence which should satisfy a chancellor that the plaintiff
had been paid; and if this fact was not a justifiable inference
from the evidence, the decree should be reversed: Kelber v.
Plow Co., 146 Pa. 485; Earley's App., 90 Pa. 321; Jenkin-
town N. Bank's App., 124 Pa. 337.

*Alex. Simpson, Jr.,* with him *Francis Shunk Brown,* for ap-
pellee.

OPINION BY MR. JUSTICE GREEN, October 17, 1898:

This is an appeal from an order of the court below making absolute a rule to open a judgment of the plaintiffs against the defendants. After the judgment was opened the cause was tried on its merits, and a verdict was rendered in favor of the defendants upon which judgment for defendants was accordingly entered. An appeal from that judgment having been taken to this Court, we have considered it and in an opinion just filed we have affirmed the judgment, ante, p. 620. That being so it follows that the order to open the judgment in the court below must be affirmed.

Order affirmed.